UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEICO GENERAL INSURANCE COMPANY, as
subrogee of Ashley Jade Morgan,

                Plaintiff,

    -v-

UNITED STATES OF AMERICA,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 6558 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the telephone conference held today, January 18, 2023, by **February 2, 2023**, the parties shall file a joint letter advising whether they (i) seek a referral to another Magistrate Judge for a settlement conference or to the Court-annexed mediation program, (ii) intend to pursue settlement discussions privately, or (iii) intend to proceed with discovery.

Dated:     New York, New York
            January 18, 2023

                    SO ORDERED.

                    SARAH L. CAVE
                    **United States Magistrate Judge**