**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GEICO GENERAL INSURANCE
COMPANY, as Subrogee of ASHLEY
JADE MORGAN,

|  |  |
|---|---|
| Plaintiffs, | **22-CV-6558 (SLC)** |
| -against- | **ORDER SCHEDULING**<br>**SETTLEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **March 20, 2023, at 2:00**

**p.m.,** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New

York. **Counsel and parties are required to follow the Court's COVID-safety protocols**

**and should review the Court's website in advance of the conferences for the most up to**

**date information**. Corporate parties must send the person with decision making authority to

settle the matter to the conference.  The parties are instructed to complete the Settlement

Conference Summary Report and prepare pre-conference submissions in accordance with

the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be

received by the Court no later than **March 13, 2023.**

    **SO ORDERED.**

DATED:    New York, New York
          February 14, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge