# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇✡♌◯③

Associates:
**Richard A. Hazzard** *◇
**Noah Gradofsky** *◇ϼ
**Stacy P. Maza** *◇
**Richard L. Elem** *◇
**Elissa Breanne Wolf** *◇
**Jonathan L. Leitman** *◇
**Elizabeth Kimmel** *◇®
**Keron E. Hoetzel** *

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◇♌ϼ

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Isaac Szpilzinger** ◇



**1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666**
www.janmeyerlaw.com

**Phone:** (201) 862-9500
**Fax:** (201) 862-9400
**E-Mail:** office@janmeyerlaw.com

Sender's e-mail: relem@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 210

March 6, 2023

> The parties' joint letter-motion requesting adjournment of the settlement conference scheduled for March 20, 2023 at 2:00 p.m. (the "Settlement Conference") (ECF No. 24) is GRANTED, and the Settlement Conference is ADJOURNED sine die. The parties shall file a stipulation of dismissal for review and endorsement by **Tuesday, April 4, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 24.
>
> SO ORDERED 03/07/23
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007
*VIA ECF*

        RE: GEICO General Ins. Co. a/s/o Morgan v. U.S.
        Docket No. 1:22-cv-6558-SLC
        My File No. 0547764870101013

Dear Judge Cave:

    As Your Honor is aware, this office represents GEICO General Insurance Company, Plaintiff in the above-referenced action.

    This letter is written on behalf of both parties to respectfully advise the Court that the parties have reached a settlement in principle. The parties respectfully request until April 4, 2023 to paper the settlement and file a stipulation of dismissal. Further, in light of this development, the parties jointly respectfully request that all other pending deadlines, as well as the settlement conference scheduled for March 20, 2023 at 2:00 p.m., be adjourned *sine die*.

    I thank the Court for its consideration of this matter.

                                              Respectfully Submitted,

                                              Richard L. Elem

Cc:    Brandon H. Cowart, Assistant U.S. Attorney (via ECF)